UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JAYAKRISHNAN K NAIR,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DAVID BROWN, DANIEL LEAL, COUNTY OF CLARK,<br><br>　　　　Defendants. | Case No. 2:25-cv-01257-APG-EJY<br><br>**ORDER** |

Before the Court are Plaintiff's Motions for Pro Se Litigant to File Electronically (ECF Nos. 3, 12). Under Local Rule IC 2-1(b), a "pro se litigant may request the court's authorization to register as a filer in a specific case."

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motions for Pro Se Litigant to File Electronically (ECF No. 3, 12) are GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court must send Plaintiff the form Consent for Electronic Service of Documents and instructions for the same.

IT IS FURTHER ORDERED that Plaintiff must submit the Consent for Electronic Service of Documents to the Clerk of Court on or before **October 30, 2025**.

IT IS FURTHER ORDERED that Plaintiff is not authorized to file electronically until the Consent form is submitted. Upon timely submitting the Consent form, Plaintiff must contact the CM/ECF Help Desk at (702) 464-5555 to configure his CM/ECF account.

Dated this 30th day of September, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1