**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAYAKRISHNAN K. NAIR, | Case No.: 2:25-cv-01257-APG-EJY |
| Plaintiff | **Order (1) Accepting Report, (2) Denying Motion to Remand, and (3) Dismissing Case** |
| v. | |
| DAVID BROWN, DANIEL LEAL, COUNTY OF CLARK, | [ECF Nos. 4, 8] |
| Defendants | |

Magistrate Judge Youchah recommends dismissal of plaintiff Jayakrishnan K. Nair's complaint for a variety of reasons. ECF No. 8.[1] All of Nair's claims arise from an eviction proceeding in Las Vegas Justice Court. Nair's claims against Hearing Master David Brown are barred because Brown is immune from suit. Because Nair's complaint seeks to stop or reverse the eviction proceeding, it is barred by the *Rooker-Feldman* or *Younger* doctrines. Judge Youchah also points out that Nair has not alleged any viable state or federal claims.[2] Finally, the only relief Nair requests is for this case to be consolidated with his prior lawsuit (Case No. 2:24-cv-02255). ECF No. 9 at 14. But that case is closed and on appeal to the Ninth Circuit, so consolidation is neither possible nor practical.

Nair filed an objection to the recommendation. ECF No. 10. I have conducted a de novo review of the issues set forth in Judge Youchah's Report and Recommendation under Local Rule IB 3-2. Nair's objection does not rebut Judge Youchah's findings or conclusions, or offer any

[1] Defendant Daniel Leal filed a motion to remand this case to the state court. ECF No. 4. But this case was not removed from state court. Nair's complaint is an original filing in this case. Thus, I deny the motion to remand.

[2] And complete diversity is lacking among the parties so this court cannot exercise diversity jurisdiction over the case.

reason why I should not accept her recommendation.  Judge Youchah's Report and Recommendation sets forth the proper legal analysis and the factual bases for the decision, and I accept and adopt it as my own.

I THEREFORE ORDER that Leal's motion to remand **(ECF No. 4) is denied**.

I FURTHER ORDER that the Report and Recommendation **(ECF No. 8) is accepted**. All of Nair's claims against Hearing Master David Brown are dismissed with prejudice.  Nair's claims asserting *respondeat superior* and violations of 42 U.S.C. § 1983 are dismissed with prejudice.  Nair's remaining claims are dismissed without prejudice to Nair's ability to pursue his claims in the appropriate state court.

I FURTHER ORDER the clerk of the court to enter judgment accordingly and close this case.

DATED this 5th day of February, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2